# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NONA TOBIN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>JOEL A. STOKES, AN INDIVIDUAL;<br>JOEL A. STOKES AND SANDRA F.<br>STOKES, AS TRUSTEES OF JIMIJACK<br>IRREVOCABLE TRUST; AND<br>JIMIJACK IRREVOCABLE TRUST,<br>Respondents. | No. 82094<br><br>**FILED**<br><br>JUN 22 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| NONA TOBIN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>BRIAN CHIESI, AN INDIVIDUAL;<br>DEBORA CHIESI, AN INDIVIDUAL;<br>AND QUICKEN LOANS INC.,<br>Respondents. | No. 82234 |
| NONA TOBIN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>BRIAN CHIESI, AN INDIVIDUAL;<br>DEBORA CHIESI, AN INDIVIDUAL;<br>QUICKEN LOANS INC.; JOEL A.<br>STOKES, AN INDIVIDUAL; JOEL A.<br>STOKES AND SANDRA F. STOKES AS<br>TRUSTEES OF THE JIMIJACK<br>IRREVOCABLE TRUST; JIMIJACK<br>IRREVOCABLE TRUST; RED ROCK<br>FINANCIAL SERVICES; AND<br>NATIONSTAR MORTGAGE, LLC,<br>Respondents. | No. 82294 |

## ORDER DISMISSING APPEALS IN DOCKET NOS. 82094 AND 82234, AND DISAPPROVING STIPULATION

Docket Nos. 82094 and 82234 are appeals from interlocutory orders awarding attorney fees and costs. Docket No. 82294 is an appeal from a final judgment. In response to this court's order to show cause issued in

SUPREME COURT<br>OF<br>NEVADA

(O) 1947A

21-17864

Docket No. 82234, the parties have filed a stipulation to consolidate the appeals. In the stipulation, the parties appear to concede that the orders challenged in Docket Nos. 82094 and 82234 are interlocutory, and that they may be challenged in the context of Docket No. 82294 on appeal from the final judgment. *See Consol. Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998). As this court lacks jurisdiction over the appeals in Docket Nos. 82094 and 82234, they are dismissed. The parties shall proceed in Docket No. 82294. The stipulation to consolidate is disapproved as moot.

The opening brief and appendix in Docket No. 82294 remain due to be filed by June 28, 2021. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

It is so ORDERED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Susan Johnson, District Judge
Kathleen M. Paustian, Settlement Judge
Thomson Law PC
Hong & Hong
Maurice Wood
Koch & Scow, LLC
Akerman LLP/Las Vegas
Eighth District Court Clerk

